**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11**<br>**SUBCHAPTER V** |
| **SUIRAD GROUP LLC,** | |
| **Debtor.** | **CASE NO.  25-50072-SMS** |

**AMENDMENT TO SCHEDULE E/F, SUMMARY OF SCHEDULES,**
**AND CREDITOR ADDRESS MATRIX**

COMES NOW Suirad Group LLC, Debtor in the above-styled Chapter 11 Bankruptcy

Case, and amends its Schedule E/F, Summary of Schedules, and Creditor Address Matrix and

respectfully shows the Court as follows:

Schedules E/F. Debtor hereby substitutes Schedule E/F which is attached hereto in lieu of

any such Schedule E/F previously filed.

Summary of Schedules. Debtor hereby substitutes the Summary of Schedules which is

attached hereto in lieu of any such Summary of Schedules previously filed.

Creditor Address Matrix. Debtor hereby substitutes the Creditor Address Matrix to include

the following:

Darius George
260 Peachtree St NW
Suite 2200
Atlanta, GA 30303

Georgia Power
805-B Abernathy Blvd
Atlanta, GA 30310

Fulton County Tax Commissioner
PO Box 105052
Atlanta, GA 30348

City of Atlanta
Department of Watershed Management
55 Trinity Ave, SW
Atlanta, GA 30335

Except as expressly amended herein, all information set forth in the Debtor's Petition,

Schedules, and Statement of Financial Affairs remains of effect and is adopted herein.

RESPECTFULLY SUBMITTED this 19th day of February, 2025.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
*Proposed Attorney for Debtor*
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
CMcCord@joneswalden.com

**Fill in this information to identify the case:**

Debtor name    **suirad group llc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-50072**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $    **1,650,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $    **2,810.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $    **1,652,810.00**

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **1,200,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **18,688.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **148,415.80**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b    $    **1,367,103.80**

**Fill in this information to identify the case:**

Debtor name     **suirad group llc**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **25-50072**

■ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Fulton County Tax Commissioner**<br>**PO Box 105052**<br>**Atlanta, GA 30348-5052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,688.00 | $18,688.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**2024 Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
| --- | --- | --- | --- |
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO BOX 60189**<br>**City of Industry, CA 91716-0189**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,925.59 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Citi Cards**<br>**PO Box 70272**<br>**Philadelphia, PA 19176**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $10,597.32 |

| Debtor | suirad group llc | | Case number (if known) | 25-50072 |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,284.35 |
|---|---|---|---|

**City of Atlanta**
**Dept. of Watershed Management**
**55 Trinity Ave, SW**
**Atlanta, GA 30335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,052.40 |
|---|---|---|---|

**Credibly**
**270 Madison Ave Suite 1406**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**Darius George**
**260 Peachtree St NW**
**Suite 2200**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,962.93 |
|---|---|---|---|

**Georgia Power**
**805-B Abernathy Blvd**
**Atlanta, GA 30310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,360.05 |
|---|---|---|---|

**PayPal / Servicing Solutions**
**Servicing Solutions, LLC**
**PO Box 732695**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,233.16 |
|---|---|---|---|

**US Bank**
**PO BOX 108**
**Saint Louis, MO 63166-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor  **suirad group llc**
Name

Case number (if known)   **25-50072**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 18,688.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 148,415.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 167,103.80 |

**DECLARATION UNDER PENALTY OF PERJURY**

      I declare under penalty of perjury that I have read the foregoing Amendment and that the same is true and correct to the best of my knowledge, information and belief.

**Suirad Group LLC**

Date: <u>February 19, 2025</u>

By: <u>*/s/ Darius George*</u>
Darius George, Manager

## Supplemental Creditor Matrix

Darius George
260 Peachtree St NW
Suite 2200
Atlanta, GA 30303

Fulton County Tax Commissioner
PO Box 105052
Atlanta, GA 30348

Georgia Power
805-B Abernathy Blvd
Atlanta, GA 30310

City of Atlanta
Department of Watershed Management
55 Trinity Ave, SW
Atlanta, GA 30335

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**SUIRAD GROUP LLC,**<br><br>Debtor. | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO.  25-50072-SMS** |

**CERTIFICATE OF SERVICE**

  This is to certify that I have on this day electronically filed the foregoing Amendment using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Amendment to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Lindsay P. S. Kolba** lindsay.p.kolba@usdoj.gov
- **Tamara M. Ogier (Sub V Trustee)** tmo@orratl.com, jc@orratl.com; tmo@trustesolutions.net;ctmo11@trustesolutions.net
- **Maria A. Tsagaris** maria.tsagaris@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mt3@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

  I hereby certify that on this day I caused a copy of the foregoing Amendment and the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 4) to be served upon the parties listed below via U.S. First Class Mail, postage prepaid:

Darius George
260 Peachtree St NW
Suite 2200
Atlanta, GA 30303

Georgia Power
805-B Abernathy Blvd
Atlanta, GA 30310

Fulton County Tax Commissioner
PO Box 105052
Atlanta, GA 30348

City of Atlanta
Department of Watershed Management
55 Trinity Ave, SW
Atlanta, GA 30335

  This 19th day of February, 2025.

        **JONES & WALDEN LLC**

        */s/ Cameron M. McCord*
        Cameron M. McCord
        Georgia Bar No. 143065
        *Proposed Attorney for Debtor*
        699 Piedmont Avenue, NE
        Atlanta, GA 30308
        (404) 564-9300
        CMcCord@joneswalden.com