IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| SUIRAD GROUP LLC, | ) | NO.: 25-50072-SMS |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |
| | ) | |
| | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee of FF Investorco Grantor Trust (herein, "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 521 Auburn Ave Ne, Atlanta, GA 30312 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 11 plan (Doc. No. 25) (the "Plan").

1.

Creditor filed a total debt proof of claim in the total amount of $1,271,862.12. The loan matured on February 1, 2025.

2.

The Security Deed contains a valid and enforceable Assignment of Rents provision (Section 3.22 of the Security Deed), which provides that all rents and income generated from the mortgage property are assigned to the creditor as additional security for the debt. Despite the existence of a short-term tenant current occupying the Property, no rental income has been disclosed in the Monthly Operating Report filed on February 26, 2025. The Debtor has failed to account for or remit these rents or to offer adequate property to the Creditor for its interest in such proceeds. As such, the Plan should not be confirmed under 11. U.S.C. § 1129(b)(2) because

it does not provide or adequate protection of the Creditor's interest in the rents and fails to property treat the secured claim as required by the Bankruptcy Code.

3.

Creditor's interest rate is 10.25%. Debtor's Plan proposes to reduce the interest rate on Claim below the contractual rate established in the original loan documents. Creditor objects to the proposed interest rate of 8%. The proposed interest rate fails to adequately compensate the creditor for the risk associated with Debtor's Plan, particularly give the uncertain timeline for property disposition and lack of detailed disclosures regarding the property's income and expenses. A below-market rate is neither fair nor equitable. Accordingly, Creditor objects to confirmation of the Plan on the grounds that the proposed interest rate is impermissibly low and does not reflect market conditions.

4.

The Plan proposes to retain the income-producing property and delay its sale for up to 24 months after the Effective Date. This extended timeline is unreasonable and prejudicial to Creditor. The prolonged delay in liquidation creates significant risk of further deterioration in property value, market conditions, and continued default. Such a long delay in not commercially reasonable especially given the current state of the real estate market and the absence of any binding commitment to sell within a shorter, defined timeframe. This indefinite approach is inconsistent with the requirement under 11 U.S.C. 1129(b)(2)(A) that the Plan be fair and equitable. Allowing the Debtor to hold and market the Property for up to two years—without meaningful oversight or defined milestones—places the entire burden of risk on the Creditor while offering insufficient safeguards or assurance of repayment.

2

WHEREFORE, PREMISES CONSIDERED, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

*/s/Maria  Tsagaris*

Maria  Tsagaris
Georgia BAR NO. 143071
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
678-281-6532

3

In Re:
   Suirad Group LLC

Bankruptcy Case No.: 25-50072-SMS

Chapter:    11

Judge     Sage M. Sigler

## CERTIFICATE OF SERVICE

I, Maria  Tsagaris, of MCCALLA RAYMER LEIBERT PIERCE, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Suirad Group LLC
109-62 134th St
South Ozone Park, NY 11420

Cameron M. McCord      (*served via ECF Notification*)
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Tamara M. Ogier (Sub V Trustee)   (*served via ECF Notification*)
Chapter 11 Subchapter V Trustee
Ogier, Rosenfeld & Steil, P.C.
PO Box 1547
Decatur, GA 30031

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: <u>05/07/2025</u>  By:  */s/Maria  Tsagaris*
     (date)       Maria  Tsagaris
             Georgia BAR NO. 143071
             Attorney for Creditor