UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SUIRAD GROUP, LLC, | : | CASE NO. 25-50072 - SMS |
| | : | |
| DEBTOR. | : | |
| | : | |
| GUY A. VAN BAALEN, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SUIRAD GROUP, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS OR CONVERT CASE**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting

that the above-referenced case be dismissed or converted.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion

at **10:15 a.m.** on **January 7, 2026**, in **Courtroom 1201**, United States Courthouse, 75 Ted Turner

Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders

otherwise.

Your rights may be affected by the court's ruling on this motion. You should read this

motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you

do not have an attorney, you may wish to consult one.)   If you do not want the court to grant the

relief sought in this motion or if you want the court to consider your views, then you and/or your

attorney must attend the hearing. You may also file a written response to the motion with the Clerk

at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: December 8, 2025

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By: _____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

-ii-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SUIRAD GROUP, LLC, | : | CASE NO. 25-50072 - SMS |
| | : | |
|       DEBTOR. | : | |
| | : | |
| GUY A. VAN BAALEN, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
|       MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SUIRAD GROUP, LLC, | : | |
| | : | |
|       RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE**

Guy A. Van Baalen, Acting United States Trustee for Region 21, in furtherance of his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1112(b), files this Motion to Dismiss or Convert Case and in support therefor states as follows:

1.      The Court has jurisdiction of this matter under 28 U.S.C. §1334(a) and (b), 28 U.S.C. §157(a) and (b)(1). This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (B).

2.      Suirad Group, LLC (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq., on January 3, 2025 and elected to proceed under subchapter V.

3.      On January 6, 2025, the United States Trustee appointed Tamara M. Ogier as Subchapter V Trustee.

4.      Pursuant to 28 U.S.C. § 586(a)(3) and (4), the United States Trustee's duties include supervising the administration of chapter 11 cases and monitoring deposits or investments under section 345 of title 11. The United States Trustee files this request in furtherance of his duties and responsibilities pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307.

5.      11 U.S.C. § 1112(b), in pertinent part, provides as follows:

[T]he court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause. . . .
        (4) For purposes of this subsection, the term "cause" includes –
                (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; . . .
                (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; . . .

**Continuing Loss to or Diminution of the Estate**

6.      Debtor owns residential real property located at 521 Auburn Avenue NE, Atlanta, GA, 30312 (the "Auburn Property"). The Auburn Property secures a debt owed to FF Investorco Grantor Trust. *Schedule D*, Doc. No. 13, pg. 8.

7.      At the meeting of creditors, Debtor testified it filed its chapter 11 bankruptcy case to prevent the foreclosure of the Auburn Property. The Debtor further testified it intended to sell the Auburn Property during the case, propose a plan to pay creditors, and then dissolve.

8.      To date, Debtor has not filed an application to employ a real estate broker and has not taken steps to schedule its plan for a confirmation.

9.      According to the operating reports filed by the Debtor, Debtor has not generated revenue since the Petition Date sufficient to pay the expenses of maintaining the Auburn Property. The balance in the debtor-in-possession bank account as of August 31, 2025, was only $77.67. *See Monthly Operating Report*, Doc. No. 35.

10.     Where, as here, Debtor has no apparent ability to generate sufficient cash flow post-petition, the Court is authorized to find that Debtor is experiencing a "continuing loss to. . . the estate" within the meaning of 11 U.S.C. § 1112(b)(4)(A).   *See In re Schriock Const., Inc.*, 167 B.R. 569, 575 (Bankr. D.N.D. 1994).

11.     As used in 11 U.S.C. § 1112(b)(4)(A), the term "rehabilitation" means "[t]o put back in good condition; re-establish on a firm, sound basis."   *In re Wright Air Lines*, 51 B.R. 96, 100 (Bankr. N.D. Ohio 1985).   "The concept of rehabilitation necessarily hinges upon establishing a cash flow from which current obligations can be satisfied" *In re Schriock Const.*, 167 B.R. at 576.

12.     Debtor's inability to generate sufficient cash flow to meet ongoing obligations demonstrates a substantial and continuing loss to Debtor's estate as well as an absence of a reasonable likelihood of rehabilitation and constitutes cause to dismiss or convert Debtor's case under 11 U.S.C. § 1112(b)(4)(A).

**Failure to File Monthly Operating Reports**

13.     Bankruptcy Rule 2015(a)(6) and Operating Guidelines of the United States Trustee require Debtor to file monthly operating reports. The electronic docket maintained by the Clerk of Court reflects Debtor has failed to file operating reports for September and October 2025. The November 2025 operating report is due December 21, 2025.

14.     Debtor's failure to timely file monthly operating reports is in violation of its statutory obligations under 11 U.S.C. § 704(a)(8), made applicable to her as debtor in possession by 11 U.S.C. § 1107, and constitutes cause for dismissal or conversion of the case under 11 U.S.C. § 1112(b)(4)(F).

WHEREFORE, the United States Trustee prays for (i) the entry of an order dismissing or

converting this case in its entirety; and (ii) such further relief as the court deems appropriate.

Dated: December 8, 2025                                 GUY A. VAN BAALEN
                                                        ACTING UNITED STATES TRUSTEE
                                                        REGION 21

                                                        By: _____/s/_____
                                                        Lindsay P. S. Kolba
                                                        Georgia Bar No. 541621
                                                        United States Department of Justice
                                                        Office of the United States Trustee
                                                        362 Richard Russell Building
                                                        75 Ted Turner Drive SW
                                                        Atlanta, Georgia 30303
                                                        (404) 331-4478
                                                        lindsay.p.kolba@usdoj.gov

-4-

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss or Convert Case and Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Ronald A. Levine     rlevine@levineblock.com, rlevine682@gmail.com

Cameron M. McCord     cmccord@joneswalden.com, jwdistribution@joneswalden.com, ljones@joneswalden.com, cparker@joneswalden.com, lpineyro@joneswalden.com, bdernus@joneswalden.com

Tamara M. Ogier     tmo@orratl.com, jc@orratl.com, tmo@trustesolutions.net, ctmo11@trustesolutions.net

Leslie M. Pineyro     lpineyro@joneswalden.com, jwdistribution@joneswalden.com, ljones@joneswalden.com, cmccord@joneswalden.com, ewooden@joneswalden.com, bdernus@joneswalden.com

Maria A. Tsagaris     maria.tsagaris@mccalla.com, BankruptcyECFMail@mccallaraymer.com, mt3@mccallaraymer.com, mccallaecf@ecf.courtdrive.com

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

ALL PARTIES ON THE ATTACHED MATRIX

/s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

Label Matrix for local noticing
113E-1
Case 25-50072-sms
Northern District of Georgia
Atlanta
Mon Dec  8 13:30:08 EST 2025

American Express
PO BOX 60189
City of Industry, CA 91716-0189

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Citi Cards
PO Box 70272
Philadelphia, PA 19176-0272

City of Atlanta
Dept. of Watershed Mngmnt
55 Trinity Ave SW
Atlanta, GA 30303-3543

City of Atlanta Department of Watershed Mana
Attn: Wil James
72 Marietta Street 9th Floor
Atlanta, GA 30303-2804

Credibly
270 Madison Ave Suite 1406
New York, NY 10016-0601

Darius George
260 Peachtree St NW
Ste 2200
Atlanta, GA 30303-1292

FF Investorco Grantor Trust
c/o Rubin Lublin LLC
3145 Avalon Ridge Pl, St 100
Norcross, GA 30071-1570

Fulton County Tax Comm.
PO Box 105052
Atlanta, GA 30348-5052

Georgia Power
805-B Abernathy Blvd
Atlanta, GA 30310

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342-9148

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

Tamara M. Ogier (Sub V Trustee)
Chapter 11 Subchapter V Trustee
Ogier, Rosenfeld & Steil, P.C.
PO Box 1547
Decatur, GA 30031-1547

PayPal / Servicing Solutions
Servicing Solutions, LLC
PO Box 732695
Dallas, TX 75373-2695

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

Retail Capital LLC
1501 W Fountainhead Pkwy., Ste 630
Tempe, AZ 85282-1857

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Suirad Group LLC
109-62 134th St
South Ozone Park, NY 11420-1808

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Bank Trust National Association et. al.
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Maria A. Tsagaris
McCalla Raymer Liebert Pierce
1544 Old Alabama Road
Roswell, GA 30076

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

(d)US Bank
PO BOX 108
Saint Louis, MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)City of Atlanta Department of Watershed Ma        (u)FF Investorco Grantor Trust                (u)U.S. Bank Trust National Association

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29