**IT IS ORDERED as set forth below:**

**Date: May 6, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 – Subchapter V |
| SUIRAD GROUP LLC, | CASE NO. 25-50072 - SMS |
| DEBTOR. | |
| GUY A. VAN BAALEN,<br>ACTING UNITED STATES TRUSTEE, | |
| MOVANT, | |
| v. | CONTESTED MATTER |
| SUIRAD GROUP LLC, | |
| RESPONDENT. | |

**CONSENT ORDER ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS OR CONVERT CASE**

The United States Trustee filed his *Motion to Dismiss or Convert Case* on December 8,

2025. Dkt. No. 37. Prior to the hearing on May 6, 2026, counsel for the United States Trustee and

counsel for Debtor conferred and agreed to the entry of this order. Having considered the motion, being fully advised, and finding cause for the entry of this order, it is

**ORDERED** on or before May 13, 2026, Debtor shall file monthly operating reports for the periods ending February 28, 2026, and March 31, 2026; it is further

**ORDERED** that Debtor shall remain current on all subsequent monthly operating reports; it is further

**ORDERED** that Debtor shall file an application to employ a broker to market the property located at 521 Auburn Avenue NE, Atlanta, GA 30312, no later than Friday, May 29, 2026; it is further

**ORDERED** that if Debtor fails to timely file monthly operating reports or timely employ a broker, counsel for the United States Trustee may submit a notice to the Court setting forth the nature of Debtor's default; it is further

**ORDERED** that Debtor shall have seven calendar days to cure any default by filing the required monthly operating report or filing an application to employ a broker; it is further

**ORDERED** that if Debtor fails to timely cure the default, counsel for the United States Trustee will file a notice of failure to cure default with the Court, and submit a proposed order to the Court dismissing this case, which order the Court may enter without further notice or hearing; it is further

**ORDERED** that the hearing on confirmation of Debtor's plan of reorganization, set for August 5, 2026, at 10:15 AM, shall not be further continued except on Debtor's written motion and following notice and a hearing. If, on August 6, 2026, the Court has not entered any order continuing hearing on confirmation to a later date, and Debtor has not confirmed a plan, counsel

for the United States Trustee may submit a proposed order to the Court dismissing this case, which

order the Court may enter without further notice or hearing.

**[END OF DOCUMENT]**

Prepared and submitted by:                          Consented to by:

*/s/ Adriano Omar Iqbal*                            */s/ Cameron M. McCord* *
Adriano Omar Iqbal                                  Cameron M. McCord
Ga. Bar No. 217122                                  Ga. Bar No. 143065
United States Department of Justice                 Jones & Walden, LLC
Office of the United States Trustee                 699 Piedmont Avenue NE
362 Richard Russell Building                        Atlanta, Georgia 30308
75 Ted Turner Drive, SW                             (404) 564-9300
Atlanta, Georgia 30303                              cmccord@joneswalden.com
(404) 331-4488                                      *Counsel for Debtor*
adriano.o.iqbal@usdoj.gov

                                                    **Signed by A. Iqbal with express permission*

**SERVICE LIST**

ALL PARTIES ON THE MAILING MATRIX IN THIS CASE